# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*May 25, 2007*

[Cite as *05/25/2007 Case Announcements,* 2007-Ohio-2530.]

## MOTION AND PROCEDURAL RULINGS

**2003–1572. State ex rel. Howard v. Indus. Comm.**
Franklin App. No. 97AP–860. On September 24, 2004, this court found appellant Gregory T. Howard to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that appellant was prohibited from continuing or instituting legal proceedings in the court without obtaining leave. On May 21, 2007, appellant filed a motion for leave to file a valid complaint in mandamus and/or procedendo instanter.

It is ordered by the court that the motion is denied.

**2003–1572. State ex rel. Howard v. Indus. Comm.**
Franklin App. No. 97AP–860. On September 24, 2004, this court found appellant Gregory T. Howard to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that appellant was prohibited from continuing or instituting legal proceedings in the court without obtaining leave. On May 21, 2007, appellant filed a motion for leave to file documentation in support of valid complaint in mandamus and/or procedendo instanter.

It is ordered by the court that the motion is denied.

**2007–0570. Ohio Consumers' Counsel v. Pub. Util. Comm.**
Public Utilities Commission No. 06–1002–TP–BLS. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the motion for leave to intervene of Cincinnati Bell Telephone Company, L.L.C.,

It is ordered by the court that the motion is granted.

**2007–0659. Ohio Consumers' Counsel v. Pub. Util. Comm.**
Public App. No. 06–1013–TP–BLS. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the motion of AT&T Ohio for leave to intervene as appellee,

It is ordered by the court that the motion is granted.

**2007–0776. State ex rel. Biehle v. Perz.**
In Mandamus. This cause originated in the court on the filing of a complaint for a writ of mandamus. Upon consideration of the joint motion to withdraw relator's motion for attorney's fees and costs,

It is ordered by the court that the motion is granted.

## MISCELLANEOUS DISMISSALS

**2007–0553. Edwards v. Southeast Local School Dist. Bd. of Edn.**
Portage App. No. 2005–P–0057, 2007-Ohio-585. This cause is pending before the court as an appeal from the Court of Appeals for Portage County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.